# First District Court of Appeal
## State of Florida

———————————————

No. 1D2025-0558

———————————————

Linda Kaye Dance,

Appellant,

v.

In Re: Capacity/Guardianship
of Raymond J. Stalker, An
alleged incapacitated person,

Appellee.

———————————————

On appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

June 9, 2026

Per Curiam.

Affirmed.

Kelsey, M.K. Thomas, and Long, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Cynthia Stump Swanson of Swanson Law Center, P.A., Gainesville, for Appellant.

Genna Fasullo LaPeer of The Miller Elder Law Firm, Gainesville, for Appellee.